THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DESIRIE WILSON, Appellant.

Submitted April 13, 2009; decided April 30, 2009

Motion for assignment of counsel denied without prejudice to renewal upon submissions showing current indigency (*see* CPLR 1101).

Chief Judge LIPPMAN taking no part.